UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>**JULIO ALFONSO DIAZ-MARTINEZ,**<br><br>    Defendant. | Case No.: 09CR0084-GT<br><br>ORDER |

**IT IS HEREBY ORDERED** that the sentencing hearing in this case be changed from Friday, May 22, 2009 at 9:00 a.m., to Friday, June 26, 2009 at 9:00 a.m.

Dated: May 11 2009

HONORABLE GORDON THOMPSON JR.

09CR0084-GT