UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>JULIO ALFONSO DIAZ-MARTINEZ,<br><br>         Defendant. | CASE NO.: 09CR0084-GT<br><br>**ORDER CONTINUING<br>SENTENCING HEARING** |

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for June 26, 2009, be rescheduled to **Friday, July 24, 2009, at 9:00 a.m.**

**IT IS SO ORDERED.**

DATED: 6-25-09

HONORABLE GORDON THOMPSON, JR.
United States District Judge